## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 292 WAL 2016

                :

        Respondent        :    Petition for Allowance of Appeal from

                :    the Order of the Superior Court

                :

             v.              :

                :

                :

BRIAN MCPHEARSON,              :

                :

        Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.